☰   🔍

☰ [Football](#)

**FOOTBALL**

Schedule   Roster   Statistics   Staff   Where are they Now   More Links+

# 2018 Football Roster

[Go To Coaching Staff](#)





Brian **George**
DB
6'2" / 190 lbs / Fr
Belle Glade, FL



Reco **Hannah**
LB
6'2" / 225 lbs / So
Wedowee, AL





Woodly **Appolon**
DB
6'5" / 205 lbs / Fr
Montreal, Canada



Jonathan **Thompson**
DB
5'11" / 180 lbs / So
Atlanta, GA








**H**


Xavier **Shephard**
QB
5'11" / 170 lbs / Fr
Atlanta, GA
5


Damarion **Williams**
DB
5'11" / 170 lbs / So
Atlanta, GA
6


Darius **Johnson**
DB
5'11" / 180 lbs / So
Gray, GA
7


Jakhari **Thomas**
DB
6'0" / 180 lbs / Fr
Columbus, GA
8


Wesly **Appolon**
DB
6'4" / 200 lbs / Fr
Montreal, Canada
9


Antavious **Cook**
WR
6'0" / 175 lbs / Fr
Cross Hill, SC
10


Donnell **Lowery**
LB
6'1" / 215 lbs / So
District Heights
11


Avery **McCall**
QB
6'1" / 200 lbs / So
Dillon, SC
12


Emanuel **Stores**
WR
5'11" / 175 lbs / Fr
Atlanta, GA
13


Marveon **Mobley**
LB
6'1" / 205 lbs / Fr
Rock Hill, SC
14


Naricuss **Driver**
TE
6'3" / 240 lbs / So
Griffin, GA
15


Kenny **Mayberry**
QB
6'1" / 215 lbs / Fr
Cincinnati, OH
16






Yacht **Jones**
DE
6'4" / 220 lbs / So
Warner Robins, GA
17

Tra **Parker**
WR
6'2" / 185 lbs / So
Augusta, GA
18

Antoine **Thompson**
WR
6'1" / 180 lbs / So
Plant City, FL
19

Amarrian **Brown**
DB
6'1" / 195 lbs / So
Warner Robins, GA
20






Kevin **Brown**
RB
5'11" / 205 lbs / So
Mt. Pleasant, SC
21

Michael **Thomas**
RB
5'10" / 190 lbs / Fr
Thompson, GA
22

Joe **Garcia**
WR
6'3" / 200 lbs / Fr
Racine, WI
23

Jacquez **Washington**
LB
6'1" / 225 lbs / So
Gray, GA
24






Kalil **Brawner**
DB
6'0" / 190 lbs / Fr
Manchester, GA
25

Daryan **Ingram**
DB
6'0" / 195 lbs / Fr
Jackson, GA
26

Jakaree **Gadsden**
WR
6'1" / 195 lbs / Fr
Kingsland, GA
27

Justin **Ruiz**
RB
6'0" / 225 lbs / So
Atlanta, GA
28








 

### Greg Payton
WR
5'8" / 165 lbs / Sr
Atlanta, GA
29

### Ryan Schemtob
K
6'1" / 185 lbs / Fr
Coral Springs, FL
32

### De'Andre Peterson
LB
6'1" / 195 lbs / So
Charleston, SC
34

### Johnathan Butler
DE
6'0" / 235 lbs / Fr
Sumter, SC
35

   

### Kobie Womack
DB
6'1" / 195 lbs / Fr
Baxley, GA
36

### Brandon Jackson
DB
5'10" / 180 lbs / Fr
Columbia, SC
38

### Brynnen Sanders
LB
6'1" / 230 lbs / Fr
Fort Worth, TX
39

### Jamus Neal
DB
6'0" / 180 lbs / Fr
Rockford, IL
40

   

### Jacob Dormevil
LB
6'1" / 230 lbs / Fr
Atlanta, GA
42

### Maxim Spruell
P
5'11" / 180 lbs / Fr
Carrollton, GA
44

### Adrian Dunham
LB
6'1" / 240 lbs / Fr
Columbus, GA
46

### Andrew Kerobo
DE
6'5" / 270 lbs / Fr
Cincinnati, OH
47

  







### Stephon Jefferson
LB
6'2" / 215 lbs / Fr
Griffin, GA
**48**

### Le'Marcus Washington
DE
6'3" / 225 lbs / Fr
Riverdale, GA
**49**

### Jahkeem Green
DT
6'5" / 285 lbs / So
Sumter, SC
**50**

### Jahmal Wynter
DT
6'3" / 290 lbs / So
McDonough, GA
**52**









### Dominic Vereen
DT
6'2" / 280 lbs / Fr
Columbia, SC
**53**

### Zach Seagraves
OL
6'2" / 275 lbs / So
Jackson, GA
**54**

### Jaelon Gordon
DT
6'2" / 290 lbs / So
New Orleans, LA
**55**

### Deonta Belser
DE
6'4" / 270 lbs / So
Cincinnati, OH
**56**









### LaDreyous Jones
DE
6'3" / 265 lbs / Fr
Manchester, GA
**57**

### Artest Banks
LB
6'0" / 225 lbs / Fr
Thompson, GA
**59**

### Jarvis Jones
OL
6'3" / 305 lbs / Fr
Vero Beach, FL
**60**

### Qua Pitts
OL
6'3" / 315 lbs / Fr
Gray, GA
**62**







**Robert Jones**
OL
6'5" / 295 lbs / Sr
Rockford, IL
64



**Josh Jackson**
OL
6'3" / 290 lbs / Sr
N. Augusta, SC
66



**Javier Robinson**
OL
6'3" / 275 lbs / Fr
Upper Marlboro
68



**Myles Taylor**
OL
6'6" / 375 lbs / Fr
Columbia, SC
69



**Amaud Simmons**
OL
6'6" / 325 lbs / Fr
Oxford, AL
70



**Bailey Malovic**
OL
6'7" / 290 lbs / So
Irmo, SC
71



**Kendrick Buckley**
OL
6'1" / 280 lbs / Fr
Akron, OH
72



**Sterling Brown**
OL
6'6" / 315 lbs / So
Talbotton, GA
77



**Bernard Porter**
WR
6'3" / 175 lbs / Fr
Columbia, SC
80



**Javon Henderson**
TE
6'5" / 235 lbs / Fr
Atlanta, GA
81



**Jo'Marr Davis**
TE
6'4" / 215 lbs / So
McKinley, TX
83



**Shaq Crowder**
WR
5'9" / 170 lbs / Fr
Jackson, GA
84



**Chris Leaks**
TE
6'4" / 240 lbs / S
Rison, AR

85



**Deontay Campbell**
TE
6'4" / 215 lbs / Fr
Montgomery, AL

88



**Terrance Charles**
DE
6'2" / 220 lbs / Fr
New Orleans, LA

90



**Ronald McGee**
DT
6'3" / 295 lbs / Fr
Sumter, SC



92



**Sterling Stone**
DT
6'3" / 295 lbs / Sr
Birmingham, AL

94



**Alex Parker**
DT
6'3" / 280 lbs / Sr
Cincinnati, OH



96



**Fred Napier**
DT
6'4" / 325 lbs / Fr
Thomaston, GA

97

## Football Coaching Staff



**Aaron Arnold**
Head Football Coach



**Judd Remmers**
Assistant Head Football Coach | Quarterbacks



**Payton Kirk**
Co-Defensive Coordinator | Defensive Line



**Maurice Gray**
Co-Defensive Coordinator | Defensive Backs

☰  🔍





### Kyler **Reed**
Assistant Football Coach | Receivers

### Kory **Vaught**
Assistant Football Coach | Running Backs

### Austin **Roberts**
Assistant Football Coach | Linebackers



    

   





Highland, KS 66035
(785) 442-6000

**Copyright ©2020 Highland Community College**

PRIVACY POLICY | TERMS OF SERVICE
VIDEO PLATFORM POWERED BY CBS SPORTS