☰ Football

**FOOTBALL**

Schedule   Roster   Statistics   Staff   Where are they Now   More Links+

# 2019 Football Roster

[Go To Coaching Staff](#)



Brian **George**
DB
6'1" / 189 lbs / So.
Belle Glade, FL



Jonathan **Kelly**
DL
6'5" / 228 lbs / Fr.
Warner Robbins



Antoine **Thompson**
WR
6'0" / 176 lbs / R-
Plant City, FL

William **McCall**
DB
5'11" / 160 lbs / Fr.
Warner Robbins



Curtis **Harris**
DB
5'11" / 206 lbs / Fr.
Warner Robbins



Daveion **Wilson**
DL
6'4" / 270 lbs / R-
Dallas, TX



Joseph **Cambridge**
QB
6'1" / 180 lbs / R-So.
Riverdale, GA / College



Chris **Martin**
DB
6'0" / 185 lbs / Fr.
Grandview, MO



**Tre Lee**
RB
5'10" / 175 lbs / Fr
Columbus, GA



**Jam'Il Dillard**
DL
6'0" / 224 lbs / So
Warner Robbins, GA



**Johnathan Butler**
LB
6'0" / 212 lbs / So
Sumter, SC



**Shondarius Mayes**
WR
5'10" / 167 lbs / Fr
Griffin, GA



**Kenny Mayberry**
QB
5'11" / 216 lbs / Fr
Cincinnati, OH



**Devin Edwards**
RB
5'11" / 185 lbs / Fr
Ocala, FL



**Ke'zion Brown**
QB
6'4" / 176 lbs / Fr
Columbus, OH



**DJ Edwards**
WR
5'11" / 180 lbs / Fr
West Palm Beach, FL



**Javon Henderson**
TE
6'4" / 222 lbs / So
Atlanta, GA



**Jadin Daniels**
QB
6'0" / 175 lbs / Fr
Warner Robbins, GA



**Nyvin Nelson**
LB
5'11" / 214 lbs / Fr
Cartersville, GA



**Jae'vion Matthews**
DB
5'11" / 170 lbs / Fr
York, SC


Le'Marcus **Washington**
DL
6'2" / 212 lbs / R
Riverdale, GA
22


Joe **Garcia**
DB
6'1" / 178 lbs / So
Racine, WI
23


John **Ross**
DB
5'9" / 159 lbs / Fr
New Orleans, LA
24


Alfonso **Franklin**
RB
5'9" / 188 lbs / Fr
Gulf Port, FL
25


Otha Uriah **Leverette**
RB
5'9" / 215 lbs / So
Hoschton, GA
26


Damarco **Fishback**
RB
5'8" / 169 lbs / Fr
Lexington, KY
27


Jamarceon **Jackson**
DB
6'0" / 180 lbs / R
Cedar Hill, TX
28


Daryan **Ingram**
DB
6'1" / 179 lbs / So
Jackson, GA
29


Major **Weems**
DB
6'2" / 205 lbs / R
Atlanta, GA
30


Tyler **Abram**
DB
6'0" / 170 lbs / Fr
Rockmart, GA
31


Malachi **Miller**
DL
6'2" / 197 lbs / Fr
Atlanta, GA
32


Robert **Houston**
LB
5'11" / 220 lbs / Fr
Manhattan, KS
33



Jakaree **Gadsden**
RB
6'0" / 190 lbs / S
Jacksonville, FL

34



Jamel **Myles**
DB
5'10" / 170 lbs / F
Natchez, MS

35



Jeri **Velasquez**
K
5'10" / 197 lbs / F
Cincinnati, OH

36



Finn **Rudd**
K/P
6'2" / 200 lbs / Fr.
Wellington, New Zealand

37



Andrew **Kelow**
TE
6'3" / 247 lbs / R-So.
Kansas City, MO / University of

38



Tyler **McCaskill**
DL
5'10" / 246 lbs / F
Loganville, GA

39



Dedrick **Powell**
DB
5'8" / 175 lbs / R
Birmingham, AL

40



Kolade **Amusan**
LB
6'1" / 220 lbs / R
Minneapolis, MN

41



Jayden **Thomas**
WR
6'0" / 195 lbs / R
Lovejoy, GA

42



Michael **Reddin Jr.**
DB
6'2" / 170 lbs / Fr
Tampa, FL

43





De'Morreal **Burnam**
LB
6'2" / 222 lbs / R
Conyers, GA

44



Brandon **Haldiman**
TE
6'2" / 208 lbs / S
Phoenix, AZ

46



Isaac **Gonzalez**
K/P
5'9" / 232 lbs / Fr
Nagoches, AZ
47



Terry **Purifoy Jr.**
DL
6'1" / 220 lbs / Fr
Rockford, IL
48



Zachary **Griffin**
LB
6'4" / 215 lbs / Fr
Rayville, LA
49



Kameron **Hill**
LB
6'0" / 235 lbs / So
Chicago, IL
51



EJ **Thomas**
LB
6'0" / 280 lbs / Fr
Prichard, AL
52



Richard **Flores**
OL
6'1" / 250 lbs / Fr
El Paso, TX
53



J'Shun **Bodiford**
OL
6'3" / 303 lbs / Fr
Montgomery, AL
54



Jarvis **Jones**
OL
6'2" / 289 lbs / So
Vero Beach, FL
55



LaDreyous **Jones**
DL
6'2" / 263 lbs / Fr
Manchester, GA
57



Ashley **Brown**
OL
6'0" / 327 lbs / Fr
Columbia, SC
58



Travis **Geiger**
DL/OL
6'4" / 296 lbs / Fr
Columbus, OH
60



Eric **Winfree**
OL
6'4" / 320 lbs / Fr
Brooklet, GA
61



Qua **Pitts**
OL
6'4" / 286 lbs / R-
Gray, GA

62



Samaje **Finch-Garrett**
OL
6'3" / 331 lbs / Fr
Brooklyn Park,
63



Dominic **Vereen**
OL
6'2" / 280 lbs /
Columbia, SC

64



Xavier **Griffin**
OL
6'5" / 295 lbs /
Rayville, LA

66



Thomas **Prater**
OL
6'1" / 331 lbs / R-
Indianapolis, IN
69



James **Coffey**
OL
6'4" / 330 lbs /
Chicago, IL
71



Andrew **Waller**
OL
6'4" / 261 lbs / S
Homestead, FL
72



Jaden **Holmes**
OL
6'4" / 285 lbs /
Perry, GA
74



Myles **Best**
OL
6'1" / 371 lbs / R-
Hampton, GA
77



Javier **Robinson**
OL
6'3" / 265 lbs / S
Upper Marlboro,
78



Raequan **Prince**
WR
5'7" / 162 lbs / Fr
Cincinnati, OH
80



Antavious **Cook**
WR
6'0" / 175 lbs / R
Cross Hill, SC
81



Dabarre **Jenkins**
WR
5'7" / 163 lbs / R-
Ocala, FL


82



Jo'Marr **Davis**
TE
6'2" / 213 lbs / R-
McKinley, TX

83



Kajuan **Jackson**
WR
5'11" / 163 lbs / R-
Winston-Salem,

84



Deontay **Campbell**
TE
6'4" / 223 lbs / R-
Montgomery, A

85



Xzavier **Goldsby-Rogers**
WR
6'1" / 207 lbs / R-
Akron, OH

87



George **Sims**
WR
6'0" / 170 lbs / R-
Racine, WI

89



Zykeith **Wimbley**
DL
6'1" / 201 lbs / Fr.
Ashburn, GA

90



Kelvin **Ford**
DT
6'2" / 250 lbs / F
Duluth, GA

91



Courtney **Ledyard**
DL



Robert **Murray**
DL
6'0" / 264 lbs / Fr.



Julevarrus **Milstead**
DL



Quandarrious **Whitlow**
DL

6'3" / 257 lbs / R-
Shaker Heights



6'1" / 240 lbs / R-
Houston, TX



6'3" / 271 lbs / Fr
Opelika, AL



Columbus, GA



Anfernee **Rosario**
DL
6'2" / 280 lbs / R-
Wellington, FL



Noble **Appiah**
DL
6'4" / 295 lbs / R-
Chicago, IL



Zion **Blackshear**
DL
6'0" / 309 lbs / R-
Ashburn, GA



Kalil **Brawner**
RB
5'10" / 190 lbs / S-
Manchester, GA



Josiah **Brown**
WR
R-Fr.
Olathe, KS



Omarious **Burnam**
RB
5'11" / 200 lbs / R-
Convington, GA



Chris **Carter**
OL
6'4" / 300 lbs / R-
Aurora, IL



OJ **Edmonds**
DB
5'9" / 170 lbs / R-
Lawrenceville, GA



Curveion **Ezell**
DL



Zarek **Fewell**
RB



Devin **Foster**
WR



Sheldrick **Gibbs**
DL

6'3" / 205 lbs / R
Perry, GA

5'6" / 168 lbs / R
Fort Scott, KS

6'0" / 197 lbs / R
St. Petersburg,

6'5" / R-Fr.
Hampton, South Carolina



Peyten **Girty**
OL
6'2" / 178 lbs / R
Rosalia, KS



Alan **Glanville**
LB
6'2" / 210 lbs / R
Vero Beach, FL



Marquest **Jacobs**
OL
6'5" / 290 lbs / R
Akron, OH



Reid **Jasper**
WR
5'9" / 145 lbs / R
Troy, KS



Billy **Joseph**
LB
6'1" / 208 lbs / R
Miami, Fl



Jae'lin **McCurdy**
WR
6'0" / 190 lbs / R
Lafayette, AL



Cam **McKinney**
WR
6'3" / 185 lbs / R
Birmingham, AL



Taylor **Payne**
OL
6'5" / 262 lbs / R
Boyce, LA



Stephan **Peterman**



Karlen **Samples**
LB



Tyreek **Toliver**
LB



Jaiden **Victorian**
P

DB
6'0" / 161 lbs / R-
Hollywood, FL



6'1" / 225 lbs / R-Fr.
Fayetteville, GA



6'0" / 175 lbs / R-Fr.
Manhattan, KS



6'0" / 197 lbs / R-Fr.
Round Rock, TX





Cassius **Waite**

DB
6'0" / 180 lbs / R-
Hammond, IN



Josh **Watch**

RB
6'0" / 186 lbs / R-
Clarksville, TN



Anterrio **White**

WR
6'2" / 175 lbs / R-
Dallas, TX



Christian **Wilson**

OL
6'3" / 300 lbs / R-
Kenosha, WI



(785)442-6000

**Copyright ©2020 Highland Community College**

PRIVACY POLICY | TERMS OF SERVICE

VIDEO PLATFORM POWERED BY CBS SPORTS

