**Highland Athletics** @HCCscotties · Feb 5

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Offensive Lineman, Lucas Dankenbring (@LucasDankenbri2) from Marysville, KS (Marysville HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬     🔁 9          ❤️ 43          📤



**Highland Athletics** @HCCscotties · Feb 13

🏈Signing🏈

Please Welcome Newest @HCC_Football Player - Offensive Line, Jaiden Wamego (@jbonew30) from Hoyt, KS (Royal Valley HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



🗨    ↻ 6    ♡ 27    ⬆



**Highland Athletics** @HCCscotties · Feb 11

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Quarterback, Quinn Buessing (@Quinn_B10) from Axtell, KS (Axtell HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬        🔁 9        ♡ 41        ⬆



**Highland Athletics** @HCCscotties · Feb 7

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Defensive Lineman, Samuel Herring (@SamuelHerring88) from Pittsburg, KS (Pittsburg HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬          ⇄ 15          ♡ 49          ⬆

 **Highland Athletics** @HCCscotties · Feb 13
🏈Signing🏈

Please Welcome Newest @HCC_Football Player - Offensive Line, Dane Spoonhunter (@DaneSpoonhunter) from Hoyt, KS (Royal Valley HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬          🔁 4          ♥ 33          ⬆



**Highland Athletics** @HCCscotties · Feb 6

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Offensive Lineman, Braxton Bridges from Jasper, AL (Jasper HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬          ⟲ 1          ♡ 15          ⬆

 **Highland Athletics** @HCCscotties · Feb 5

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player – Defensive Lineman, Koby Schroeder (@SchroederKoby) from Marysville, KS (Marysville HS)....Welcome to #ScottieNation

Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬 1      ↻ 11      ♡ 46



**Highland Athletics** @HCCscotties · Feb 8
🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Wide Receiver, Michael Moreno (@Michael05239841) from Hiawatha, KS (Hiawatha HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬 1          🔁 3          ♡ 44          ⬆️





**Highland Athletics** @HCCscotties · Feb 10
🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player – Defensive Lineman, Kendall Thornton III (@Kendall205T) from Pinson Valley, AL (Pinson Valley HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬     🔁 3     ♡ 11     ⬆️

 **Highland Athletics** @HCCscotties · Feb 5

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Cornerback, Julian Pickens (@julian_pickens) from Fort Valley, GA (Peach County HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬        🔁 2        ♡ 12        ⬆️



**Highland Athletics** @HCCscotties · Feb 5

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Tight End, Alfred Cole (
@Alfred_Cole42) from Monroe, LA (West Ouachita HS)....Welcome to
#ScottieNation

Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬 1          🔁 6          ♡ 16          ⬆️



**Highland Athletics** @HCCscotties · Feb 5

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Linebacker, Cornell Brown (@__Yungbull_) from Oakdale, LA (Oakdale HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬 4          ♺ 13          ♡ 28



**Highland Athletics** @HCCscotties · Feb 5
🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Linebacker, Tyler Carter (@the2ksweets) from Lake Charles, LA (Lake Charles College Prep)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬          ↻ 18          ♡ 36          ⬆





**Highland Athletics** @HCCscotties · Feb 5

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player – Defensive Lineman, Aiden Moore (@AidenMoore45) from Louisville, KY (Central HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



 3          ♡ 17

 **Highland Athletics** @HCCscotties · Feb 5

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Defensive Lineman, Arman Coatney Jr. (@coatney_savage) from Shreveport, LA (Northwood HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬 1    ↻ 4    ♡ 20

 **Highland Athletics** @HCCscotties · Feb 5

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Safety, Tylon McClain ( @TylonMcclain) from Shreveport, LA (Evangel Christian)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬 1        🔁 4        ♡ 17        ⬆️



**Highland Athletics** @HCCscotties · Feb 6

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Runningback, Trelon Jones (@jones_trelon) from Jena, LA (Jena HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬          🔁 4                ♡ 19          ⬆️

 **Highland Athletics** @HCCscotties · Feb 6

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Safety, Sheldrick Cherry (@SHELDRICKCHERRY) from Jasper, AL (Jasper HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬     🔁 1          ❤️ 13          ⬆️



**Highland Athletics** @HCCscotties · Feb 6
🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Defensive Lineman, Quentin Peterson from Shreveport, LA (Evangel Christian)....Welcome to #ScottieNation

Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬     ⟲ 2     ♡ 15



**Highland Athletics** @HCCscotties · Feb 6

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Wide Receiver, Donajz Dunn (@2020NAZ_) from Dallas, TX (South Oak Cliff HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



9    44



**Highland Athletics** @HCCscotties · Feb 6

🏈 National Signing Day 🏈

Please Welcome Newest @HCC_Football Player - Offensive Lineman, Greg Gregory-Bey from El Mirage, Arizona (Dysart HS)....Welcome to #ScottieNation

📝 Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬          🔁 1          ♡ 9          ⬆️

 **Highland Athletics** @HCCscotties · Feb 7 ⌄

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Safety, Kaleb Brown (@KalebBr756657936) from Alexandria, LA (Alexandria HS)....Welcome to #ScottieNation

Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬        🔁 1        🤍 12        ⬆️



 **Highland Athletics** @HCCscotties · Feb 8

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Cornerback, Deltrick Conston (@DeltrickC) from Pineville, LA (Pineville HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬        🔁 2              ♡ 11              ↑

 **Highland Athletics** @HCCscotties · Feb 10

🏈National Signing Day🏈

Please Welcome Newest @HCC_Football Player - Offensive Lineman, Keladrian Crumble from Winnfield, LA (Winnfield HS)....Welcome to #ScottieNation

Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬          ⟲ 2          ♡ 13          ⬆



**Highland Athletics** @HCCscotties · Feb 13

🏈Signing🏈

Please Welcome Newest @HCC_Football Player - Defensive Tackle, Treveon Henry (@iamtrehenry) from Lake Charles, KS (Lake Charles College Prep)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬     🔁 12     ♥ 31     📤



**Highland Athletics** @HCCscotties · Feb 13
🏈Signing🏈

Please Welcome Newest @HCC_Football Player - Linebacker, Nikolas Espinoza (@NikolasEspinoz6) from San Antonio, TX (Holy Cross HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬 1          🔁 9          ♡ 23

 **Highland Athletics** @HCCscotties · Feb 17

🏈Signing🏈

Please Welcome Newest @HCC_Football Player - Cornerback, William Agnew (@WillAgnew3) from Corinth, MS (Corinth HS)....Welcome to #ScottieNation

📝 Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬 1          🔁 8          ♡ 43



 **Highland Athletics** @HCCscotties · Feb 20

🏈Signing🏈

Please Welcome Newest @HCC_Football Player - Defensive Tackle, Richard Good from Akron, OH (Buchtel HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬            ⟲ 1            ♡ 13            ⬆



**Highland Athletics** @HCCscotties · Feb 20

🏈Signing🏈

Please Welcome Newest @HCC_Football Player – Linebacker, Darius Williams from Baton Rouge, LA (Scotlandville HS)....Welcome to #ScottieNation

📝Signed

#Detour2D1 #WelcometotheLand #NSD2020



💬     ↺ 2     ♡ 12     ⬆