# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Donmonic Perks, *et. al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) 20-cv-2129 |
| Highland Community College, *et. al.* | ) |
| *Defendants*. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS DORRELL AND INGMIRE WITH PREJUDICE

Plaintiffs Donmonic Perks, Antonine Thompson, Thomas Prater and Khaliah Hines, and Defendants Highland Community College, Bryan Dorrell, and Eric Ingmire, through their undersigned counsel, hereby respectfully and jointly submit this Stipulation of Dismissal of Defendants Bryan Dorrell and Eric Ingmire, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

/s/ Lauren Bonds\_\_\_\_\_
LAUREN BONDS, 27807
ZAL K. SHROFF, 28013
ACLU Foundation of Kansas
6701 W 64th Street, Suite 210
Overland Park, KS 66202
Tel: (913) 490-4114
Fax: (913) 490-4119

William Odle #14235
605 W 47th Street Suite 350

Kansas City, MO 64112
Phone: (816) 753-5400
Fax: (816) 753-9996
wodle@mcdowellrice.com
Attorneys for Plaintiffs

/s/ Alan L. Rupe
Alan L. Rupe, KS # 08914
Nanette Turner Kalcik, KS # 24030
Ellen Rudolph, KS # 27945
LEWIS BRISBOIS BISGAARD & SMITH LLP 1605 N. Waterfront Parkway, Suite 150 Wichita, KS 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
alan.rupe@lewisbrisbois.com
nanette.kalcik@lewisbrisbois.com
ellen.rudolph@lewisbrisbois.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on November 13, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/s/ Lauren Bonds
Lauren Bonds