UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Donmonic Perks, *et. al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | 20-cv-2129 |
| Highland Community College, *et. al.* ) | |
| ) | |
| *Defendants*. ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSALWITH PREJUDICE**

Plaintiffs Donmonic Perks, Antonine Thompson, Thomas Prater and Khaliah Hines, and Defendant Highland Community College, through their undersigned counsel, hereby respectfully and jointly submit this Stipulation of Dismissal of this action, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

/s/ Lauren Bonds
LAUREN BONDS, 27807
ZAL K. SHROFF, 28013
ACLU Foundation of Kansas
6701 W 64th Street, Suite 210
Overland Park, KS 66202
Tel: (913) 490-4114
Fax: (913) 490-4119

William Odle #14235
605 W 47th Street Suite 350
Kansas City, MO 64112
Phone: (816) 753-5400

 Fax: (816) 753-9996
wodle@mcdowellrice.com

Attorneys for Plaintiffs


/s/ Alan L. Rupe
Alan L. Rupe, KS # 08914
Nanette Turner Kalcik, KS # 24030
Ellen Rudolph, KS # 27945
LEWIS BRISBOIS BISGAARD & SMITH LLP 1605 N. Waterfront Parkway, Suite 150 Wichita, KS 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
alan.rupe@lewisbrisbois.com
nanette.kalcik@lewisbrisbois.com
ellen.rudolph@lewisbrisbois.com


Attorneys for Defendant


## CERTIFICATE OF SERVICE

I certify that on November 16, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the e-mail addresses of all counsel of record.

/s/ Lauren Bonds_____
Lauren Bonds